# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SALVADOR OROZCO CHAVEZ,**

    Defendant.

Case No. 2:10-cr-57-1

Judge Graham

## OPINION AND ORDER

This matter is before the Court on the government's motion to dismiss indictment with prejudice, Doc. 104. The government's motion is **GRANTED** and the indictment is dismissed with prejudice.

    IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: November 15, 2023

1